## August Graffeo, also known as August Restivo, Appellee, v. Edward F. O'Brien et al., Defendants. Appeal of Torch Club, Inc., Appellant.

Gen. No. 44,314.

opinion filed February 4, 1948; released for publication February 20, 1948. Allen, Darlington & Elliott, for appellant; Glynn J. Elliott and John V. Clinnin, of counsel; Mulcahy, Murphy and Dieringer, for appellee; William T. Murphy, Thomas L. Murphy and Henrty W. Dieringer, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.